UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE A. KNOTT<br>Plaintiff,<br>v.<br><br>RHODE ISLAND HOUSING AND<br>MORTGAGE FINANCE CORPORATION<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | CA 05 251<br>C.A. No. 2005- |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Rhode Island Housing and Mortgage Finance Corporation ("Rhode Island Housing") hereby removes the above-captioned action to the United States Court for the District of Rhode Island and respectfully states as follows:

1. This action is removable pursuant to 28 U.S.C. §§ 1331 and 1441(a) and (b) because this Court has original jurisdiction of the federal statutory claims pled under Title VI, as amended, 42 U.S.C. § 2000e *et seq*, and the Americans with Disabilities Act, as amended, 42 U.S.C. § 12201 *et seq*.

2. On January 31, 2005, Plaintiff filed a Complaint commencing this action in Rhode Island Superior Court (Providence County). (*See* Elaine A. Knott v. Rhode Island Housing and Mortgage Finance Corporation, C.A. No. P.C. 05-493). She filed a First Amended Complaint on May 20, 2003, which she served on Rhode Island Housing on May 23, 2003.

3. Pursuant to 28 U.S.C. § 1446(a), Rhode Island Housing attaches as Exhibit A, copies of all process and pleadings on file in the Rhode Island Superior Court (Providence County).

4. Plaintiff is a resident of the State of Rhode Island.

5. Rhode Island Housing is a public corporation of the State of Rhode Island created and empowered pursuant to Chapter 42-55 of the Rhode Island General Laws, as amended.

6. The First Amended Complaint alleges two counts against Rhode Island Housing. Count I seeks relief pursuant to Title VII of the Civil Rights Acts of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, and Count II seeks relief pursuant to the Americans with Disabilities Act, as amended, 42 U.S.C. § 12201 *et seq*.

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

8. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and will be filed with the Clerk of the Rhode Island Superior Court (Providence County), as provided by 28 U.S.C. § 1446(d).

9. Rhode Island Housing expressly reserves any and all defenses which may be available to it in this action.

RHODE ISLAND HOUSING AND
MORTGAGE FINANCE CORPORATION

By Its Attorneys,

Steven M. Richard

Steven M. Richard (#4403)
Stacie B. Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: June 10, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2005, I mailed a true copy of the within Notice of Removal via first-class mail, postage prepaid to:

Robert E. Savage, Esq.
Savage & Savage
156 Airport Road
Warwick, RI 02889

Steven M. Richard