UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE A. KNOTT | : | |
| | : | |
| v. | : | C.A. No. 05-251-ML |
| | : | |
| RHODE ISLAND HOUSING AND | : | |
| MORTGAGE FINANCE CORPORATION | : | |

**NOTICE OF DEPOSITION OF PLAINTIFF**

TO: Richard Savage, Esq.
Savage & Savage
156 Airport Road
Warwick, RI 02889

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Please take notice that on **Thursday, September 29, 2005 at 10:00 a.m.,** Defendant, by its attorneys, will take the deposition upon oral examination of **Plaintiff Elaine A. Knott** at the offices of Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903. The deposition will be taken before a notary public or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Defendant,
RHODE ISLAND HOUSING AND
MORTGAGE FINANCE CORPORATION

By Its Attorneys,

Steven M. Richard (#4403)
Stacie B. Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: August 9, 2005

CERTIFICATE OF SERVICE

I hereby certify that I faxed and mailed a copy of the within Notice of Deposition to Richard Savage, Esq., Savage & Savage, 156 Airport Road, Warwick, RI 02889 on this 9th day of August, 2005.