UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE A. KNOTT, Plaintiff, | : | |
| v. | : | C.A. No. 05-251-ML |
| RHODE ISLAND HOUSING AND MORTGAGE FINANCE CORPORATION, Defendant. | : | |

**DISMISSAL STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate that Plaintiff's Complaint is dismissed with prejudice and without costs.

ELAINE A. KNOTT

By Her Attorneys,

[signature]

Richard J. Savage (#5448)
Savage & Savage
156 Airport Road
Warwick, RI 02889
(401) 732-9500
(401) 732-0166 (Fax)

Dated: 9.14.2005

RHODE ISLAND HOUSING AND
MORTGAGE FINANCE CORPORATION

By Its Attorneys,

Steven Richard

Steven M. Richard (#4403)
Stacie B. Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: 9/15/05

Enter: Mary M. Lisi USDJ 9/16/05